UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31267

_____


Timothy C. WHISTINE; et al.,

                                        Plaintiffs,

        Timothy C. WHISTINE,

                                        Plaintiff-Appellant,

                V.

        KILPATRICK LIFE INSURANCE CO.,

                                        Defendant-Appellee.



_____

Appeal from the United States District Court
For the Western District of Louisiana
(00-CV-61)
_____



March 28, 2002

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:[*]

        Plaintiff appeals the district court's grant of summary

judgment in favor of defendant on his claims that the defendant,

plaintiff's former employer, discriminated against plaintiff on

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.

the basis of disability and religion.  We affirm the district court's grant of summary judgment for the defendant essentially for the reasons stated in the district court's opinion of September 25, 2001.

AFFIRMED.